UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**  Case No. 09-cr-188-PB

**John Selden**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for March 2, 2010, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from March 2, 2010 to June 1, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 23, 2010 final pretrial conference is continued to May 19, 2010 at 4:30 p.m.

SO ORDERED.

    /s/Paul Barbadoro
    Paul Barbadoro
    United States District Judge

February 16, 2010

cc:  Bjorn Lange, Esq.
    Debra M. Walsh, AUSA
    United States Probation
    United States Marshal