```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 09-cr-188-PB

**John Selden**

## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for March 2, 2010, citing a scheduling conflict and the need for additional time to engage in plea negotiations prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from June 2, 2010 to July 7, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 19, 2010 final pretrial conference is continued to June 21, 2010 at 3:30 p.m.

```
     SO ORDERED.
                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge
May 19, 2010

cc:  Bjorn Lange, Esq.
     Debra M. Walsh, AUSA
     United States Probation
     United States Marshal
```