```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 09-cr-188-PB

**John Selden**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2010, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from July 7, 2010 to September 8, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 21, 2010 final pretrial conference is continued to August 30, 2010 at 2:30 p.m. No further continuances.

```
      SO ORDERED.
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

June 23, 2010

cc:   Bjorn Lange, Esq.
      Debra M. Walsh, AUSA
      United States Probation
      United States Marshal
```